**Entered on Docket
October 04, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**Signed: October 01, 2010**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-48733 RN |
| **RENE FEDERICO MARROQUIN and GLORIA ESPERANZA MARROQUIN,** | Chapter 13 |
| Debtors. | **ORDER VALUING LIEN OF BANK OF AMERICA, NA** |
| _____/ | |

On September 8, 2010, Rene and Gloria Marroquin (hereinafter Debtors) served a motion to value the lien of Bank of America, NA (hereinafter Lienholder) against the property commonly known as 100 Quail Court, Hercules, CA 94547, which lien was recorded in Contra Costa County on or about June 27, 2006 as document 020308700 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Rene & Gloria Marroquin
100 Quail Court
Hercules, CA 94547

Attn: Officer
Bank of America, National Association
101 S. Tryon
Charlotte, NC 28202

Attn: Officer
Bank of America, National Association
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: Officer
Bank of America, NA
P.O. Box 26012
NC4-105-03-14
Greensboro, NC 27420

Attn: Officer
Chase Home Finance, LLC
194 Wood Ave. S
Iselin, NJ 08830

Attn: Officer
Chase Home Finance, LLC
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017